1  SCOTT N. JOHNSON, ESQ., SBN 166952
2  DISABLED ACCESS PREVENTS INJURY, INC.
   5150 Fair Oaks Blvd., Suite 101
3  PMB #253
   Carmichael, CA  95608-5758
4  Telephone:  916-485-3516
5  Facsimile:  916-481-4224
   Email:  scottnjohnson@comcast.net
6
7  Attorney for Plaintiff Scott N. Johnson

8  CRIS C. VAUGHAN, SBN 99568
   VAUGHAN & ASSOCIATES
9  6207 South Walnut Street, Suite 800
10 Loomis, CA  95650
   Telephone: 916-660-9401
11 Facsimile: 916-660-9378

12 Attorneys for Defendants,
13 Tom Smith, Individually and dba Rocklin Self Storage, Folsom Self Storage; Rock Creek
   Self Storage, 98 Folsom Partners, LLC; Rock Creek Self Storage LLC; 97 Rocklin Partners,
14 LLC

15                    UNITED STATES DISTRICT COURT
16                    EASTERN DISTRICT OF CALIFORNIA

| 17  Scott N. Johnson, | Case No. 2:09-cv-02068-WBS-DAD |
|---|---|
| 18         Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUANCE OF THE FINAL PRETRIAL CONFERENCE BASED ON ILLNESS OF COUNSEL |
| 19      v. | |
| 20  Tom Smith, Individually and dba Rocklin Self Storage; et al., | Date:       July 12, 2010<br>Time:       2:00 pm.<br>Courtroom: 5 |
| 22         Defendant. | Trial:       September 14, 2010 |

-1-
STIPULATED REQUEST FOR CONTINUANCE DUE TO ILLNESS OF COUNSEL; PROPOSED ORDER

Plaintiff Scott N. Johnson and Defendants Tom Smith, et al., by and through their respective attorneys of record, Scott N. Johnson and Cris C. Vaughan, stipulate as follows:

1. Due to the illness of attorney Cris C. Vaughan, he will be unable to attend the Final Pretrial Conference set on July 12, 2010 at 2:00 p.m. in Courtroom 5.
2. The Parties mutually request that this matter be continued to July 26, 2010 at 2:00 p.m. in Courtroom 5.
3. All other orders in the Status (Pretrial Scheduling) Order remain in effect.

IT IS SO STIPULATED.

Dated: July 12, 2010                    /s/ Cris C. Vaughan
                                        CRIS C. VAUGHAN
                                        Attorney for Defendants,
                                        Tom Smith; 98 Folsom Partners, LLC; Rock
                                        Creek Self Storage, LLC and 97 Rocklin
                                        Partners, LLC

Dated: July 12, 2010                    /s/ Scott N. Johnson
                                        Attorney for Plaintiff

IT IS SO ORDERED.

Dated: July 13, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-
STIPULATED REQUEST FOR CONTINUANCE DUE TO ILLNESS OF COUNSEL; PROPOSED ORDER